## (March 3, 1975)

■ In the Matter of GEORGE JEMZURA, Petitioner, v. WILLIAM GORDON, as Judge of the Chenango County Court, Respondent.— Petition dated December 30, 1974, dismissed *sua sponte,* without costs (see CPLR 7801, subds. 1, 2). Motion to dismiss petition denied as academic, without costs. Herlihy, P. J., Greenblott, Sweeney, Kane and Main, JJ., concur.